ORIGINAL FILED
JUL 16 AM 10:49
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Linda B. Oliver (SBN 166720)
   Email: loliver@reedsmith.com
2  Eugenia S. Chern (SBN 215092)
   Email: echern@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA 94612-3572

5  **Mailing Address:**
   P.O. Box 2084
6  Oakland, CA 94604-2084

7  Telephone:  510 763 2000
   Facsimile:  510 273 8832
8

9  Attorneys for Defendant Protective Life
   Insurance Company, successor-in-interest to
10 Chase Insurance Life and Annuity Company,
   formerly known as Federal Kemper Life
   Assurance Company

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY L. TUTTLE,

  Plaintiff,

vs.

CHASE INSURANCE LIFE AND ANNUITY COMPANY, FEDERAL KEMPER LIFE ASSURANCE CO., SELECTQUOTE INSURANCE SERVICES, and DOES 1-10,

  Defendants.

Case No. C 07 3637

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R.3-16]

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for defendant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life and Annuity Company, formerly known as Federal Kemper Life Assurance Company, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Federal Kemper Life Assurance Company ("Federal Kemper") was formerly owned by Zurich Life. Bank One purchased Zurich Life in September 2003. In July 2004, JP Morgan Chase purchased Bank One and created Chase insurance companies, at which time Federal Kemper was re-named Chase Insurance Life and Annuity Company ("Chase Insurance"). Protective Life purchased Chase Insurance in July 2006. Chase Insurance merged into Protective Life in April 2007. Protective Life Insurance Company is wholly owned by Protective Life Corporation, a publicly held corporation.

DATED: July 13, 2007.

REED SMITH LLP

By _/s/ Linda Oliver_
Linda B. Oliver
Eugenia S. Chern
Attorneys for Defendant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life and Annuity Company, formerly known as Federal Kemper Life Assurance Company

DOCSOAK-9878597.1

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On July 16, 2007, I served the following document(s) by the method indicated below:

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R.3-16]**

☐ by transmitting via facsimile on this date from fax number 510.273.8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

James F. Kemp
Martin Andreas
428 First Street East
P. O. Box 176
Sonoma, CA 95476

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 16, 2007, at Oakland, California.

*Marilyn Karczewski*
Marilyn Karczewski

DOCSOAK-9878788.1-MKARCZEWSKI 7/13/07 2:05 PM