1  JAMES F. KEMP     (State Bar No. 033868)
2  MARTIN ANDREAS   (State Bar No. 164852)
   428 First Street East
3  P. O. Box 176
   Sonoma, CA 95476
4  Telephone 707 938-2700
   Fax 707 938-0475
5
6  Attorneys for Plaintiff, Mary L. Tuttle

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. TUTTLE<br>                   Plaintiff,<br>   vs.<br><br>CHASE INSURANCE LIFE AND ANNUITY COMPANY, FEDERAL KEMPER LIFE ASSURANCE CO, SELECTQUOTE INSURANCE SERVICES, and DOES 1-10 .<br>                 Defendants. | CASE NO.: C 07-3637 MEJ<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, MARY L. TUTTLE hereby demands trial by jury in this action.

DATED: July 17, 2007.

                                                                      /s/_____
                                                                         James F. Kemp
                                                               Attorney for Plaintiff Mary L. Tuttle