Linda B. Oliver (SBN 166720)
Email: loliver@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510 763 2000
Facsimile:   510 273 8832

Attorneys for Defendant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life and Annuity Company, formerly known as Federal Kemper Life Assurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. TUTTLE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHASE INSURANCE LIFE AND ANNUITY COMPANY, FEDERAL KEMPER LIFE ASSURANCE CO., SELECTQUOTE INSURANCE SERVICES, and DOES 1-10,<br><br>　　　　Defendants. | Case No. C 07-03637 MEJ<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On July 16, 2007, I served the following document(s) by the method indicated below:

**USDC – NO. DISTRICT -ECF REGISTRATION INFORMATION HANDOUT**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**CASE MANAGEMENT STANDING ORDER – MAGISTRATE JUDGE MARIA-ELENA JAMES**

**NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL**

**USDC, SAN FRANCISCO RULES AND GUIDELINES**

☐ by transmitting via facsimile on this date from fax number 510.273.8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by transmitting via email to the parties at the email addresses listed below:

James F. Kemp
Martin Andreas
428 First Street East
P. O. Box 176
Sonoma, CA 95476

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 16, 2007, at Oakland, California.

*Marilyn Karczewski*
Marilyn Karczewski