Linda B. Oliver (SBN 166720)
Email:  loliver@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email:  echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:     +1 510 763 2000
Facsimile:     +1 510 273 8832

Attorneys for Defendant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life and Annuity Company, formerly known as Federal Kemper Life Assurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. TUTTLE,<br><br>          Plaintiff,<br><br>    vs.<br><br>CHASE INSURANCE LIFE AND ANNUITY COMPANY, FEDERAL KEMPER LIFE ASSURANCE CO., SELECTQUOTE INSURANCE SERVICES, and DOES 1-10,<br><br>          Defendants. | Case No. C07-3637 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br><br>Honorable Maria-Elena James |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:     July 23, 2007              Signed by:     /s/ Eugenia S. Chern
                                                     Eugenia S. Chern
                                                     Attorneys for Defendant Protective Life
                                                     Insurance Company, successor-in-interest
                                                     to Chase Insurance Life and Annuity
                                                     Company, formerly known as Federal
                                                     Kemper Life Assurance Company