Linda B. Oliver (SBN 166720)
Email: loliver@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life and Annuity Company, formerly known as Federal Kemper Life Assurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. TUTTLE,<br><br>                   Plaintiff,<br><br>        vs.<br><br>CHASE INSURANCE LIFE AND ANNUITY COMPANY, FEDERAL KEMPER LIFE ASSURANCE CO., SELECTQUOTE INSURANCE SERVICES, and DOES 1-10,<br><br>                   Defendants. | Case No. C 07-03637 MEJ<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR FOR MORE DEFINITE STATEMENT [F.R.C.P. 12(B)(6), (E)]**<br><br>Date:      August 30, 2007<br>Time:     10:00 a.m.<br>Place:    Courtroom B, 15th Floor<br><br>Honorable Maria-Elena James |

The Motion to Dismiss for Failure to State a Claim or For More Definite Statement of defendant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life and Annuity Company, formerly known as Federal Kemper Life Assurance Company ("Protective Life"), was heard before the Honorable Maria-Elena James on August 30, 2007. Protective Life appeared by its counsel Reed Smith LLP. Plaintiff Mary L. Tuttle ("plaintiff") appeared by her counsel James F. Kemp.

– 1 –

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR FOR MORE DEFINITE STATEMENT

– 2 –

1   Having heard and considered the arguments of counsel and having read and considered the
2   papers, pleadings and documents submitted in support of and in opposition to said motion,

4   IT IS HEREBY ORDERED THAT Protective Life's Motion to Dismiss is GRANTED as to
5   plaintiff's Fourth, Fifth and Sixth Causes of Action without leave to amend.

7   DATED: _____, 2007         _____
                                         MARIA-ELENA JAMES
8                                        UNITED STATES MAGISTRATE JUDGE

10  DOCSOAK-9879520.1

– 2 –

[PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH
RELIEF CAN BE GRANTED OR FOR MORE DEFINITE STATEMENT