**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking

Clerk

General Court Number

415.522.2000

**August 9, 2007**

**CASE NUMBER:  CV 07-03637 MEJ**

**CASE TITLE:  MARY L. TUTTLE-v-CHASE INSURANCE LIFE & ANNUITY**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/9/07

FOR THE EXECUTIVE COMMITTEE:

_____

Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects

Log Book Noted                         Entered in Computer 8/9/07AS

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                Transferor CSA