Linda B. Oliver (SBN 166720)
Email: loliver@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: +1 510 763 2000
Facsimile: +1 510 273 8832

Attorneys for Defendant Protective Life
Insurance Company, successor-in-interest to
Chase Insurance Life and Annuity Company,
formerly known as Federal Kemper Life
Assurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. TUTTLE,<br><br>          Plaintiff,<br><br>     vs.<br><br>CHASE INSURANCE LIFE AND ANNUITY COMPANY, FEDERAL KEMPER LIFE ASSURANCE CO., SELECTQUOTE INSURANCE SERVICES, and DOES 1-10,<br><br>          Defendants. | Case No. C 07-03637 SI<br><br>**AMENDED NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR FOR MORE DEFINITE STATEMENT [F.R.C.P. 12(B)(6), (E)]**<br><br>Date:  September 21, 2007<br>Time:  9:00 a.m.<br>Place:  Ctrm 10, 19th Floor<br><br>Honorable Susan Illston |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 21, 2007, at 9:00 a.m. or as soon thereafter as counsel may be heard before the Honorable Susan Illston, United States District Judge, in Courtroom 10 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, defendant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life and Annuity Company, formerly known as Federal Kemper Life Assurance Company ("Protective Life") will and hereby does move to dismiss plaintiff's Fifth and Sixth Causes of Action as alleged in the Complaint for failure to state a claim upon which relief can be granted. Protective Life further

moves to dismiss plaintiff's Fourth Cause of Action for failure to state a claim upon which relief can be granted, or alternatively, for a more definite statement. Protective Life moves on the following grounds:

(1) Plaintiff has failed to allege fraud with the requisite specificity, and cannot bring a breach of contract cause of action under the guise of a fraud claim;

(2) Plaintiff's emotional distress claim, which is in actuality a breach of fiduciary duty claim, fails because an insurer owes no fiduciary duty to an insured; and

(3) Plaintiff cannot state a 17200 claim based on a violation of California Insurance Code Section 790.03.

This Motion is based upon Rules of Civil Procedure 12(b)(6), this Amended Notice of Motion and Motion and the Memorandum of Points and Authorities (originally filed on July 23, 2007, as reflected at Document Number 7 of the Court's docket), the papers, pleadings and other documents on file in this action, and such other and further oral or documentary evidence as may be presented at or before the hearing. Plaintiff filed her opposition to the Motion on August 8, 2007 (Docket Number 10). Courtesy copies of Protective Life's original motion papers and plaintiff's opposition will be delivered to Judge Illston's chambers.

DATED: August 9, 2007.

REED SMITH LLP

By   /s/ Eugenia S. Chern
    Linda B. Oliver
    Eugenia S. Chern
    Attorneys for Defendant Protective Life Insurance
    Company, successor-in-interest to Chase Insurance
    Life and Annuity Company, formerly known as
    Federal Kemper Life Assurance Company

DOCSOAK-9881387.1

AMENDED NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR FOR MORE DEFINITE STATEMENT