JAMES F. KEMP     (State Bar No. 033868)
MARTIN ANDREAS   (State Bar No. 164852)
428 First Street East
P. O. Box 176
Sonoma, CA 95476
Telephone 707 938-2700
Fax 707 938-0475

Attorneys for Plaintiff, Mary L. Tuttle

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. TUTTLE<br>           Plaintiff,<br>vs.<br><br>CHASE INSURANCE LIFE AND ANNUITY COMPANY,  FEDERAL KEMPER LIFE ASSURANCE CO, SELECTQUOTE INSURANCE SERVICES, and DOES 1-10 .<br>           Defendants. | CASE NO.: C 07-3637 SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF SELECTQUOTE INSURANCE SERVICES** |

    Plaintiff, MARY L. TUTTLE, pursuant to the provisions of Fed.R.Civ.Pro. 41(a), hereby dismisses this action as to Defendant SelectQuote Insurance Services only without prejudice.

DATED: September 10, 2007.

                                        /s/_____
                                              James F. Kemp
                                        Attorney for Plaintiff  Mary L. Tuttle

                     1    Dismissal of Defendant SelectQuote Insurance Services