# ReedSmith

Reed Smith LLP
1999 Harrison Street
Suite 2400
Oakland, CA 94612-3572
+1 510 763 2000
Fax +1 510 273 8832

**Linda B. Oliver**
Direct Phone: 510 466 6729
Email: loliver@reedsmith.com

October 15, 2007

Clerk to the Honorable Susan Illston
United States District Court, Northern District of
California
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA 94102

    Re:    <u>Tuttle v. Chase Insurance Life and Annuity Company, Case No. C-07-03637-SI</u>

Dear Clerk:

    I am writing to request that the case management conference in this matter, currently scheduled for November 2, 2007 at 2:00 p.m., be continued to November 9, 2007 at 2:00 p.m. or another date convenient for the Court's schedule. Good cause exists for this request because my firm's litigation retreat is scheduled for November 1 through 3, 2007 in Chicago, Illinois, so I and the other attorneys involved with this matter at Reed Smith are unavailable on the date as scheduled.

    I have confirmed that plaintiff's counsel, James F. Kemp, has agreed to the requested continuance. I appreciate your assistance with this matter.

                                    Very truly yours,

                                      Linda B. Oliver

LBO:sw

cc:    James F. Kemp

DOCSOAK-9888145.1-LOLIVER

*IT IS SO ORDERED*
*Judge Susan Illston*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND

MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com