1   Defendant has filed its Disclosure of Non-Party Interested Entities pursuant to Civil L.R. 3-
2   16. Defendant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life
3   and Annuity Company, formerly known as Federal Kemper Life Assurance Company, certifies that
4   the following listed persons, associations of persons, firms, partnerships, corporations (including
5   parent corporations) or other entities (i) have a financial interest in the subject matter in controversy
6   or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party
7   that could be substantially affected by the outcome of this proceeding:

8   Federal Kemper Life Assurance Company ("Federal Kemper") was formerly owned by
9   Zurich Life. Bank One purchased Zurich Life in September 2003. In July 2004, JP Morgan Chase
10  purchased Bank One and created Chase insurance companies, at which time Federal Kemper was re-
11  named Chase Insurance Life and Annuity Company ("Chase Insurance"). Protective purchased
12  Chase Insurance in July 2006. Chase Insurance merged into Protective in April 2007. Protective
13  Life Insurance Company is wholly owned by Protective Life Corporation, a publicly held
14  corporation.

15

16  DATED: October 18 2007.            KEMP & KEMP

17

18                                     By_____
                                          James F. Kemp
19
                                       Attorney for Plaintiff and Cross-Defendant Mary
20                                     Tuttle

21  DATED: October __, 2007.

22                                     REED SMITH LLP

23

24                                     By_____
                                          Linda B. Oliver
25                                     Attorneys for Defendant and Cross-Complainant
                                       Protective Life Insurance Company, successor-in-
26                                     interest to Chase Insurance Life and Annuity
                                       Company, formerly known as Federal Kemper Life
27                                     Assurance Company

28

and Annuity Company, formerly known as Federal Kemper Life Assurance Company, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Federal Kemper Life Assurance Company ("Federal Kemper") was formerly owned by Zurich Life. Bank One purchased Zurich Life in September 2003. In July 2004, JP Morgan Chase purchased Bank One and created Chase insurance companies, at which time Federal Kemper was re-named Chase Insurance Life and Annuity Company ("Chase Insurance"). Protective purchased Chase Insurance in July 2006. Chase Insurance merged into Protective in April 2007. Protective Life Insurance Company is wholly owned by Protective Life Corporation, a publicly held corporation.

DATED: October 18, 2007.

KEMP & KEMP

By_____
James F. Kemp

Attorney for Plaintiff and Cross-Defendant Mary Tuttle

DATED: October 18, 2007.

REED SMITH LLP

By_*Jessica M Perry*_____
Jessica M. Perry
Attorneys for Defendant and Cross-Complainant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life and Annuity Company, formerly known as Federal Kemper Life Assurance Company

DOCSOAK-9888394.1-LOLIVER

-7-

JOINT CASE MANAGEMENT CONFERENCE STATEMENT