IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. TUTTLE, | No. C 07-3637 MEJ |
| Plaintiff, | ORDER VACATING CASE MANAGEMENT CONFERENCE |
| vs. | |
| FEDERAL ASSURANCE LIFE ASSURANCE COMPANY, et al., | |
| Defendants. | |

The Court is in receipt of the parties Joint Case Management Statement filed on October 18, 2007. Accordingly, the Court finds a case management conference in this matter unnecessary and will issue its Case Management Order based on the joint statement of the parties.

The case management conference originally set for October 26, 2007 is hereby vacated.

**IT IS SO ORDERED.**


Dated: October 24, 2007

MARIA-ELENA JAMES
United States Magistrate Judge