UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 11/9/07

Case No.  **C-07-3637SI**          Judge:  **SUSAN ILLSTON**

Title: **TUTTLE** -v- **CHASE INSURANCE**

Attorneys: J. Kemp          J. Perry, L. Oliver

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to **3/14/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **9/5/08    @ 9:00 a.m.**   for Motions
(Motion due 8/1/08, Opposition **8/15/08** Reply **8/22/08**)

Case continued to **10/7/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **11/3/08    @ 8:30 a.m.**  for Trial (jury:  Days)
Discovery Cutoff: 7/25/07  Designate Experts by: 6/2/08, Rebuttal Experts: 6/20/07, Expert Discovery Cutoff: 7/25/08

ORDERED AFTER HEARING:
The parties will be filing a stipulation for a court mediation to occur within 120 days.

Cc: ADR