United States District Court
Northern District of California

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

10  Tuttle,                                          07-03637 SI MED

11              Plaintiff(s),              **Notice of Appointment of Mediator**

12        v.

13  Chase Insurance Life and Annuity

14  Company,

15              Defendant(s).

16  TO COUNSEL OF RECORD:

17      The court notifies the parties and counsel that the Mediator assigned to this case

18  is:

19                          **J. Chris Ferry**
                            Kelly, Herlihy & Klein
20                          44 Montgomery St., Suite 2500
                            San Francisco, CA 94104
21                          415-951-0535
                            jferry@kelher.com
22

23      Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

    governs the Mediation program.  The mediator will schedule a joint phone conference
24
    with counsel under ADR L.R. 6-6 and will set the date of the mediation session within
25
    the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.
26
    The court permits the mediator to charge each party its pro rata share of the cost of the
27
    phone conference.
28

**Notice of Appointment of Mediator**
07-03637 SI MED                        - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: November 27, 2007

5                                           RICHARD W. WIEKING
                                            Clerk
6                                           by:    Alice M. Fiel

7

8   _____
                                            ADR Case Administrator
9                                           415-522-3148
                                            Alice_Fiel@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
07-03637 SI MED                   - 2 -