Linda B. Oliver (SBN 166720)
Email: loliver@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
Jessica M. Perry (SBN 244932)
Email: jperry@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendant Protective Life
Insurance Company, successor-in-interest to
Chase Insurance Life and Annuity Company,
formerly known as Federal Kemper Life
Assurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. TUTTLE,<br><br>            Plaintiff,<br><br>   vs.<br><br>CHASE INSURANCE LIFE AND ANNUITY COMPANY, FEDERAL KEMPER LIFE ASSURANCE CO., SELECTQUOTE INSURANCE SERVICES, and DOES 1-10,<br><br>            Defendants. | Case No. C 07-03637 SI<br><br>[~~PROPOSED~~] ORDER EXCUSING DEFENDANT'S APPEARANCE AT THE MEDIATION AND PERMITTING DEFENDANT TO APPEAR BY TELEPHONE<br><br>Mediation Date: January 24, 2008 |

Pursuant to ADR Local Rule 6-9, defendant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life and Annuity Company, formerly known as Federal Kemper Life Assurance Company ("Protective Life"), has requested that its company representative be excused from attending the mediation *in person* in the above-referenced matter, and be permitted to appear by telephone. Good cause having been shown,

– 1 –

1  IT IS HEREBY ORDERED THAT Protective Life's request is granted. Protective Life's
2  designated company representative is excused from attending *in person* (WDB) the mediation set for January 24, 2008,
3  and will be permitted to appear by telephone as required under ADR Local Rule 6-9(e).

DATED: 1/2/08

*Wayne D. Brazil*
UNITED STATES MAGISTRATE JUDGE
WAYNE D. BRAZIL

DOCSOAK-9895047.1

— 2 —

[PROPOSED] ORDER EXCUSING DEFENDANT'S APPEARANCE AT THE MEDIATION AND PERMITTING
DEFENDANT TO APPEAR BY TELEPHONE