**FILED**

**JAN 2 8 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Tuttle,<br><br>             Plaintiff(s),<br><br>     v.<br><br>Chase Insurance Life and Annuity Company,<br><br>             Defendant(s). | No. C 07-03637 SI MED<br><br>**Certification of ADR Session** |

_**Instructions:**_ _**The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**_

1.    I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) ___1/24/08___

2.    Did the case settle?        ☐ fully        ☐ partially        ☑ no

3.    If the case did not settle fully, is any follow-up contemplated?

      ☐ another session scheduled for (date) _____

      ☐ phone discussions expected by (date) _____

      ☑ no

4.    **IS THIS ADR PROCESS COMPLETED?**        ☑ YES        ☐ NO

Dated: ___1/24/08___          _____

**Mediator, J. Chris Ferry**
Kelly, Herlihy & Klein
44 Montgomery St., Suite 2500
San Francisco, CA 94104

**Certification of ADR Session**
07-03637 SI MED

United States District Court
Northern District of California