UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 3/14/08

Case No.   C-07-3637SI            Judge:   SUSAN ILLSTON

Title: TUTTLE  -v- CHASE INSURANCE

Attorneys: N/A      L. Oliver

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)  Further Case Management Conference - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                    PART

Case continued to **7/11/08  @ 2:30 p.m.** for Further Case Management Conference

Case continued to **7/11/08  @ 9:00 a.m.**   for Motions
(Motion due **6/6/08**, Opposition **6/20/08** Reply **6/27/08**)

Case continued to  for Pretrial Conference

Case continued to  for Trial (jury:  Days)

ORDERED AFTER HEARING: