Linda B. Oliver (SBN 166720)
Email: loliver@reedsmith.com
Eugenia S. Chern (SBN 215092)
Email: echern@reedsmith.com
Jessica M. Perry (SBN 244932)
Email: jperry@reedsmith.com
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   +1 510 763 2000
Facsimile:   +1 510 273 8832

Attorneys for Defendant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life and Annuity Company, formerly known as Federal Kemper Life Assurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY L. TUTTLE,<br><br>    Plaintiff,<br><br>vs.<br><br>CHASE INSURANCE LIFE AND ANNUITY COMPANY, FEDERAL KEMPER LIFE ASSURANCE CO., SELECTQUOTE INSURANCE SERVICES, and DOES 1-10,<br><br>    Defendants. | Case No. C 07-03637 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Honorable Susan Illston |

IT IS HEREBY STIPULATED by and between plaintiff Mary L. Tuttle and defendant Protective Life Insurance Company, successor-in-interest to Chase Insurance Life and Annuity Company, formerly known as Federal Kemper Life Assurance Company, through their designated

1  counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP
2  41 (a)(1).

4  The parties shall each bear their own costs and attorney fees.

6  DATED: June 4, 2008.

8  By: _____
   James F. Kemp
   Attorneys for Plaintiff Mary L. Tuttle

9  DATED: June 5, 2008.

11  REED SMITH LLP

13  By: _____
    Linda B. Oliver
    Eugenia S. Chern
    Jessica M. Perry
    Attorneys for Defendant Protective Life Insurance
    Company, successor-in-interest to Chase Insurance
    Life and Annuity Company, formerly known as
    Federal Kemper Life Assurance Company

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

DOCSOAK-9905762.1